■ The People of the State of New York, Respondent, v Calvin Combo, Appellant. [737 NYS2d 565] —Appeal from a judgment of Supreme Court, Monroe County (Mark, J.), entered September 7, 2000, convicting defendant after a jury trial of, inter alia, criminal trespass in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant contends that Supreme Court either failed to exercise its discretion or abused its discretion in adhering to its prior *Sandoval* ruling upon a retrial of the same charges following this Court's reversal of the prior judgment of conviction (*People v Combo*, 272 AD2d 992). By failing "to raise any objection to the court's ultimate ruling," defendant has failed to preserve that contention for our review (*People v McAllister*, 245 AD2d 184, 184, *lv denied* 91 NY2d 894; *see, People v Englert*, 285 AD2d 987; *People v Johnson*, 213 AD2d 791, 793, *lv denied* 85 NY2d 975). In any event, the record does not contain defendant's prior criminal history, "and thus defendant has failed to meet his burden of presenting a sufficient factual record to enable us to review [his] contention" that the *Sandoval* determination was erroneous (*People v Hickey*, 284 AD2d 929, 930; *see, People v DeLong*, 206 AD2d 914, 915; *see generally, People v Kinchen*, 60 NY2d 772, 773-774). Present—Green, J.P., Pine, Kehoe and Gorski, JJ.